UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :     **ORDER**
                                  :
    - v. -                        :     **18 Cr. 339 (PAC)**
                                  :
JILLIAN WALCOTT                   :
                                  :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - -X

WHEREAS, with the defendant's consent, her guilty plea allocution was made before a United States Magistrate Judge on August 15, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
Dated: ~~August~~ __, 2019
*January 15 2020*

SO ORDERED:

*/s/ Paul Crotty*
_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK